■ MARY ANN STEVENS et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v AMERICAN WATER SERVICES, INC., Formerly Known as AMERICAN ANGLIAN ENVIRONMENTAL TECHNOLOGIES, L.P., et al., Respondents. (Appeal No. 1.) [820 NYS2d 824]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered May 25, 2005. The order granted defendants' motions to dismiss the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche and Green, JJ.

■ MARY ANN STEVENS et al., Individually and on Behalf of All Others Similarly Situated, Appellants, v AMERICAN WATER SERVICES, INC., Formerly Known as AMERICAN ANGLIAN ENVIRONMENTAL TECHNOLOGIES, L.P., et al., Respondents. (Appeal No. 2.) [820 NYS2d 912]—Appeal from an amended order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered June 2, 2005. The amended order granted defendants' motions to dismiss the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Kolasz v Levitt*, 63 AD2d 777, 779 [1978]). Present—Pigott, Jr., P.J., Hurlbutt, Martoche and Green, JJ.